UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RJ GRUIS
a/k/a "Social,"

    Defendant.
_____/

Case No: 1:22-cr-139

HON. JANE M. BECKERING

## ORDER

This matter is before the Court on Defendant's Motion to Suppress Statements and Fruits of Search (ECF No. 20). The government filed a Response to the motion (ECF No. 22). The government stipulates that it will not introduce the evidence in its case in chief, and asks that the motion be denied as moot (*id.* at PageID.47). The Court, having reviewed the motion papers, will dismiss the suppression motion as moot. Accordingly:

**IT IS HEREBY ORDERED** that the Motion to Suppress Statements and Fruits of Search (ECF No. 20) is DISMISSED as moot.

Dated: November 4, 2022

                                                                    /s/ Jane M. Beckering
                                                                    JANE M. BECKERING
                                                                    United States District Judge