UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                      Case No. 1:22–cr–139

    v.                                   Hon. Jane M. Beckering

RJ GRUIS,

        Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):    Change of Plea Hearing
Date/Time:               November 23, 2022   10:30 AM
Magistrate Judge:    Sally J. Berens
Place/Location:        650 Federal Building, Grand Rapids, MI


                                                  SALLY J. BERENS
                                                  U.S. Magistrate Judge

Dated:  November 22, 2022       By:   /s/ Jenny Norton
                                              Courtroom Deputy